ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| ManTech Advanced Systems International, Inc. | ) ASBCA No. 63833 |
| | ) |
| | ) |
| Under Contract No. HHM402-19-C-0079 | ) |

APPEARANCES FOR THE APPELLANT:     Scott P. Fitzsimmons, Esq.
                                   Brandon M. Wilsey, Esq.
                                     Watt, Tieder, Hoffar & Fitzgerald, LLP
                                     McLean, VA

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
                                     Army Chief Trial Attorney
                                   MAJ Joshua A. Reyes, JA
                                     Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 6, 2025

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63833, Appeal of ManTech Advanced Systems International, Inc., rendered in conformance with the Board's Charter.

Dated: May 6, 2025

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals